IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **FRED E. and NANCY A. EVANS,** ) | |
| ) | |
| **RANDY W. and DEBRA J. FROEBE,** ) | |
| ) | |
| **GENEVA GRUBBS,** ) | |
| ) | |
| **NORMA LOU HALL,** ) | |
| ) | |
| **SHIRLEY HENDRICKS,** ) | |
| ) | |
| **DAVID and GAIL HOUSER,** ) | |
| ) | |
| **PATRICK J. O'BRYAN, TRUSTEE OF THE** ) | |
| **PATRICK J. O'BRYAN REVOCABLE** ) | |
| **LIVING TRUST UNDER AGREEMENT** ) | CIVIL ACTION |
| **DATED 9/7/2001,** ) | |
| ) | No. 09-2096-KHV |
| **LESTER ROARK,** ) | |
| ) | |
| **DONALD LEE ROPER, II,** ) | |
| ) | |
| **B. LORENE SOPER,** ) | |
| ) | |
| For Themselves and As Representatives of a ) | |
| Class of Similarly Situated Persons, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**MEMORANDUM AND ORDER**

On September 17, 2012, the United States Court of Appeals for the Federal Circuit filed its opinion in the appeal of this case. Evans, et al. v. United States, 2010-1303 (Fed. Cir. 9/17/2012). Mandate issued on November 13, 2012. (Doc. #29) The Federal Circuit vacated this Court's

judgment and remanded with instructions to dismiss the case without prejudice, nunc pro tunc. Accordingly,

**IT IS THEREFORE ORDERED** that this case shall be and is **DISMISSED** without prejudice, effective February 18, 2010.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2012, at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Judge