IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FRED E. and NANCY A. EVANS,  ) | |
| ) | |
| RANDY W. and DEBRA J. FROEBE,  ) | |
| ) | |
| GENEVA GRUBBS,  ) | |
| ) | |
| NORMA LOU HALL,  ) | |
| ) | |
| SHIRLEY HENDRICKS,  ) | |
| ) | |
| DAVID and GAIL HOUSER,  ) | |
| ) | |
| PATRICK J. O'BRYAN, TRUSTEE OF THE  ) | |
| PATRICK J. O'BRYAN REVOCABLE  ) | |
| LIVING TRUST UNDER AGREEMENT  ) | CIVIL ACTION |
| DATED 9/7/2001,  ) | |
| ) | No. 09-2096-KHV |
| LESTER ROARK,  ) | |
| ) | |
| DONALD LEE ROPER, II,  ) | |
| ) | |
| B. LORENE SOPER,  ) | |
| ) | |
| For Themselves and As Representatives of a  ) | |
| Class of Similarly Situated Persons,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | |
| ) | |
| THE UNITED STATES OF AMERICA,  ) | |
| ) | |
| Defendant.  ) | |
| _____)| |

**MEMORANDUM AND ORDER**

On September 17, 2012, the United States Court of Appeals for the Federal Circuit filed its opinion in the appeal of this case. Evans, et al. v. United States, 2010-1303 (Fed. Cir. 9/17/2012). Mandate issued on November 13, 2012. (Doc. #29) The Federal Circuit vacated this Court's

judgment and remanded with instructions to dismiss the case without prejudice, nunc pro tunc. Accordingly,

**IT IS THEREFORE ORDERED** that this case shall be and is **DISMISSED** without prejudice, effective February 18, 2010.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2012, at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge
